**Allan G. EDWARDS, Jr., Plaintiff–Appellant,**

v.

**James M. COPENHAVER, Defendant–Appellee.**

No. 09–17203.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 22, 2010.*

Filed Oct. 5, 2010.

Allan G. Edwards, Jr., Wilton Center, NH, pro se.

James M. Copenhaver, Elko, NV, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

The district court did not clearly err by finding that Allan G. Edwards, Jr., ("Edwards") failed to establish that he was domiciled in a state diverse from defendant. *See Lew v. Moss,* 797 F.2d 747, 750 (9th Cir.1986) ("[D]omicile is evaluated in terms of objective facts, and ... statements of intent are entitled to little weight when in conflict with facts.") (internal quotation marks and citation omitted); *see also Kanter v. Warner–Lambert Co.,* 265 F.3d 853, 857–58 (9th Cir.2001) ("the party asserting diversity jurisdiction bears the burden of proof"). Accordingly, the district court properly dismissed the action for lack of diversity jurisdiction. *See* 28 U.S.C. § 1332(a).

Edwards's remaining contentions are unpersuasive.

Edwards's motion to file an addendum to his reply brief is granted.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

